UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ABUCHI SHEDRACH FELIX, NADINE JAZMINE WADE, OLUWATOMIWA AKINTOLA, GREGORY OCHIAGHA, HABIBA FAGGE, and OLANREWAYU AJIBOLA,<br><br>Defendants. | 21 Cr. 472 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an arraignment and initial conference on August 5, 2021, at 4:00 p.m. The conference will proceed via videoconference, and instructions for accessing the videoconference will be provided separately. The public may dial into an audio-only feed of this conference by calling (917) 933-2166 and entering Conference ID 365-477-488.

It is further ORDERED that time is excluded under the Speedy Trial Act between August 3, 2021, and August 5, 2021. The Government has represented that all Defendants consent to this exclusion of time, except for Defendant Wade, who is seeking the appointment of CJA counsel. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial, because it will permit defense counsel to continue to review discovery and will facilitate Defendant Wade's resolution of extant issues with obtaining legal representation in this matter.

2

SO ORDERED.

Dated:     August 3, 2021
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge