



January 31, 2022

**BY ECF:**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

    RE: United States v. Abuci Felix, et al.
       Case No.: 1:21-cr-00472-RA
       Southern District of New York

Dear Judge Failla:

 Please be advised that I represent **Olanrewayu Ajibola** in the above referenced action. I submit this letter on behalf of all defense counsel to request that the pretrial conference scheduled for **February 1, 2022 at 4:00p.m.** be conducted virtually.

 The Government has no objection to this request. Thank you for your consideration.

        Sincerely,
       **Spodek Law Group P.C.**
        /S/ Todd A. Spodek

TAS/nd
cc: All Counsel (By ECF).

Application GRANTED. The pretrial conference in this matter scheduled for February 1, 2022, shall proceed via videoconference. Instructions to access the conference will be provided to counsel separately in advance of the conference. The public may dial in to an audio-only feed of this conference by calling (917) 933-2166 and entering the conference ID 517-349-64.

The Clerk of Court is directed to terminate the pending motion at docket entry 58.

Date:     January 31, 2022          SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE