# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

April 1, 2022

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *United States v. Abuchi Felix*, **21 Cr. 472 (KPF)**

Dear Judge Failla:

I write to follow up my March 30, 2022, letter request (ECF Dkt. 67) to modify Mr. Felix's bond conditions, which Your Honor endorsed (ECF Dkt. 68). Unfortunately, Mr. Felix was not able to begin the job training program due to a logistical problem with his scheduled flight. However, through another recruiting firm that is in the same space, Mr. Felix was able to secure a similar two-week job training program and employment, in Charlotte, North Carolina. We respectfully request Your Honor endorse this new request to allow Mr. Felix to travel to Charlotte, North Carolina tomorrow, April 2, 2022. Pretrial Services consent to this renewed request and the government has no objection.

Mr. Felix secured this job training program through Optimum Healthcare IT and will be working for Atrium Health as ambulatory and inpatient support staff. As part of the all-expense paid training, he has been provided a plane ticket, which departs from Newark airport tomorrow, April 2, 2022; accommodations at Embassy Suites Charlotte Airport; and a per diem for meals/other expenses for the duration of his training which commences on April 3, 2022, and ends April 16, 2022. Mr. Felix will be paid at a rate of $40.00 per hour and overtime at $60.00 per hour. It is proposed that the conditions of his release be modified so that Mr. Felix's ankle monitor (which was removed yesterday) remains removed and, in the alternative, Mr. Felix be required to telephonically report daily to his Pretrial Officer in New Jersey, Nicholas Zotti. In the event Mr. Felix successfully completes his training and is offered further employment, counsel will make any additional application required. In the event Mr. Felix is not retained beyond the

two-week training period, he will return to his residence and report as previously directed. I have notified Mr. Felix's co-signers about the proposed modification of the bond and they have no objection.

Counsel again apologizes for the last-minute nature of this request. Mr. Felix has been in compliance with all the conditions of his bond since his release and is under supervision in New Jersey.

We thank you for your attention to this matter.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:  PTO Nicholas Zotti (By Email)
     PTO Joshua Rothman (By Email)
     PTO Izlia Sanchez (By Email)
     AUSA Matthew King (By ECF)
     AUSA Micah Ferguson (By ECF)
     Abuchi Felix (By Email)

```
Application GRANTED.  Mr. Felix shall be permitted to travel to North
Carolina for the above-specified job training program.  For the
duration of the program, Mr. Felix shall report daily via telephone to
his Pretrial Services officer.  Additionally, the Court will permit Mr.
Felix's location monitoring to be removed during this travel.

Dated:    April 1, 2022              SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE