# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

April 15, 2022



**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *United States v. Abuchi Felix*, 21 Cr. 472 (KPF)

Dear Judge Failla:

  I write to follow up my April 1, 2022, letter request (ECF Dkt. 69) to modify Mr. Felix's bond conditions, which Your Honor endorsed (ECF Dkt. 70) permitting Mr. Felix to travel to North Carolina for job training. Mr. Felix successfully completed his job training and is gainfully employed. He has an offer to extend his contract an additional two-weeks, through April 30, 2022.

  Accordingly, I respectfully request Your Honor endorse this letter to allow Mr. Felix to work an additional two-weeks in Charlotte, North Carolina and return to New Jersey on May 1, 2022. If Your Honor grants this request, we ask that Mr. Felix be permitted to attend the conference scheduled for April 19, 2022, remotely. The Government and Pretrial Services have no objection to this request.

  We thank you for your attention to this matter.

                   Very truly yours,

                   James Roth, Esq.

cc: PTO Nicholas Zotti (By Email)
   PTO Joshua Rothman (By Email)
   PTO Izlia Sanchez (By Email)
   AUSA Matthew King (By ECF)
   AUSA Micah Ferguson (By ECF)
   Abuchi Felix (By Email)

```
Application GRANTED.  Mr. Felix's bail conditions shall be modified
to permit him to work an additional two weeks in North Carolina and
return to New Jersey on May 1, 2022.  Further, Mr. Felix may attend
the conference scheduled for April 19, 2022, remotely.  The Court
will separately distribute access information to Mr. Felix in
advance of the conference.

The Clerk of Court is directed to terminate the pending motion at
docket entry 71.

Dated:     April 15, 2022              SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE