

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2022

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re: <u>United States v. Felix</u>, 21 Cr. 472 (KPF)

Dear Judge Failla:

  A status conference in the above-captioned case is currently scheduled for October 26, 2022. The parties write now to request a 90-day adjournment of the conference. The parties have been engaged in advanced plea discussions and will use the additional time requested to continue those discussions.

  The Government further requests, on consent, that the time between October 26, 2022, and the next conference be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. The exclusion of time will allow the parties to continue discussing a potential resolution of the case without trial.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

          By: /s/
            Micah F. Fergenson / Matthew J. King
            Assistant United States Attorneys
            (212) 637-2190 / 2384

cc: James Roth (by ECF)

Application GRANTED.  The status conference scheduled to take place on October 26, 2022, is hereby A**DJOURNED to January 27, 2023, at 12:00 p.m.**

It is further **ORDERED** that time is excluded under the Speedy Trial Act between October 26, 2022, and January 27, 2023. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pretrial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 146.

Dated:     October 24, 2022             SO ORDERED.
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE