## STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

April 13, 2023

**By ECF & Email**

Honorable Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

Re:  *United States v. Abuchi Felix*, 21 Cr. 472 (KPF)

Dear Judge Faillia,

     I write with the agreement of the government and pretrial services to modify the terms of Mr. Felix's conditions of release. Since Mr. Felix has been released he has secured employment as a temporary technical consultant for various companies. In the course of his employment, he has been deployed to companies throughout the United States where he is lodged for several weeks at a time. Mr. Felix has been compliant at all times while at liberty. The parties request that Mr. Felix's bond be modified to reflect that he may travel for business within the United States.

Very truly yours,

James Roth, Esq.

c/c: AUSA Matthew King (By ECF & Email)  
     U.S. Pretrial Officer, Francesca Tessier-Miller (By ECF & Email)

JR/Felix/Ltr to request bond modification

Application GRANTED.  Mr. Felix's bond is modified such that he may travel within the United States for business purposes.

The Clerk of Court is directed to terminate the pending motion at docket entry 227.

Dated:    April 13, 2023             SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE