# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

December 21, 2023

**By ECF**

MEMO ENDORSED

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Abuchi Felix*, 21 Cr. 472 (KPF)

Dear Judge Failla:

    I write with consent of the government requesting permission for Mr. Abuchi Felix to travel on December 23, 2023 to Norway returning January 2, 2024, to visit his two children and their mother who reside there. This request is for a onetime modification of the terms of his release .Mr. Felix has been fully compliant with all the terms of his supervision for over two years. Mr. Felix's pretrial officer has been informed of this application.

                                  Very truly yours,
                                  s/ James Roth
                                  James Roth

cc. AUSA Matthew King

Application GRANTED.  Prior to his departure, Mr. Felix shall submit his complete itinerary to his pretrial supervision officer.  Mr. Felix is further reminded that he must be reachable during his trip should his pretrial officer need to contact him regarding the terms of his bail.

The Clerk of Court is directed to terminate the pending motion at docket number 280.

Dated: December 21, 2023
       New York, New York

JR/Felix/Ltr Rqst to Ct/Norway Travel

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE